UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PARKVIEW HOMES, INC.,

    Plaintiff,

v.                                      Case No. 05-CV-72708-DT

CITY OF ROCKWOOD, et al.,

    Defendants.

                                           /

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendant's Motion to Dismiss . . ." dated February 28, 2006,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff Parkview Homes, Inc.  Dated at Detroit, Michigan, this 28th day of February 28, 2006.

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT

                            BY:_s/Lisa Wagner____
                                Lisa Wagner, Deputy Clerk
                                and Case Manager to
                                Judge Robert H. Cleland